**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **05 CR 10127 DPW** |
| | ) | **Criminal No.** |
| **v.** | ) | |
| | ) | **VIOLATIONS:** |
| **1. JOHN AUGUSTAVE, a/k/a "John Augustine" a/k/a "Drop," a/k/a "D,"** | ) | **21 U.S.C. § 846 - Conspiracy To Distribute Cocaine Base** |
| **2. MARQUE LYTTLE, a/k/a "Key" a/k/a "Q,"** | ) | **21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base** |
| **3. GLENN BETTS, a/k/a "G,"** | ) | **21 U.S.C. § 856(a)(2) - Maintaining Drug-Involved Premises** |
| **4. CAREY PRICE,** | ) | **21 U.S.C. § 841(a)(1) - Possession Of Cocaine Base With Intent To Distribute** |
| **5. MARK LANCE JONES,** | ) | **18 U.S.C. § 2 - Aiding and Abetting** |
| **6. EDWARD CEFALO, a/k/a "Eddie," a/k/a "E,"** | ) | **21 U.S.C. § 853 - Criminal Forfeiture Allegation** |
| **7. EDU MASSILLON, a/k/a "Du," and** | ) | |
| **8. MICHELLE EVANS, a/k/a "Michelle Kalousdian,"** | ) | |
| **Defendants** | ) | |

**INDICTMENT**

**COUNT ONE: (21 U.S.C. § 846 - Conspiracy To Distribute Cocaine Base).**

The Grand Jury charges that:

From an unknown date but at least by in or about November 2001 and continuing until in or about November 2003, at Medford, Malden, Somerville, Middleboro, and elsewhere in the District of

Massachusetts,

**1. JOHN AUGUSTAVE,**
**a/k/a "John Augustine,"**
**a/k/a "Drop,"**
**a/k/a "D,"**
**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q"**
**3. GLENN BETTS**
**a/k/a "G,"**
**4. CAREY PRICE,**
**5. MARK LANCE JONES, and**
**6. EDWARD CEFALO,**
**a/k/a "Eddie,"**
**a/k/a "E"**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons, unknown to the Grand Jury, to distribute and to possess with intent to distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting).**

The Grand Jury further charges that:

Or about November 6, 2001, at Medford, in District of Massachusetts,

**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q" and**
**6. EDWARD CEFALO,**
**a/k/a "Eddie,"**
**a/k/a "E"**

defendants herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base).**

The Grand Jury further charges that:

Or about November 15, 2001, at Medford, in District of Massachusetts,

**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q"**

defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base).**

The Grand Jury further charges that:

Or about February 27, 2002, at Medford, in District of Massachusetts,

**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q"**

defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base).**

The Grand Jury further charges that:

Or about March 1, 2002, at Medford, in District of Massachusetts,

**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q"**

defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base).**

The Grand Jury further charges that:

Or about March 21, 2002, at Medford, in District of Massachusetts,

**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q"**

defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base).**

The Grand Jury further charges that:

Or about July 17, 2002, at Medford, in District of Massachusetts,

**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q"**

defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT EIGHT: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting).**

The Grand Jury further charges that:

Or about December 13, 2002, at Medford, in District of Massachusetts,

**1. JOHN AUGUSTAVE,**
**a/k/a "John Augustine,"**
**a/k/a "Drop,"**
**a/k/a "D" and**
**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q"**

defendants herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT NINE: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base.**

The Grand Jury further charges that:

Or about January 16, 2003, at Medford, in District of Massachusetts,

**4. CAREY PRICE**

defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TEN: (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine Base.**

The Grand Jury further charges that:

Or about February 14, 2003, at Medford, in District of Massachusetts,

**4. CAREY PRICE**

defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT ELEVEN: (21 U.S.C. § 841(a)(1) - Possession Of Cocaine Base With Intent To Distribute).**

The Grand Jury further charges that:

Or about November 7, 2003, at Cambridge, in District of Massachusetts,

**4. GLENN BETTS,**
**a/k/a "G"**

defendant herein, did knowingly and intentionally possess cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, with intent to distribute.

It is further alleged that this offense involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWELVE: (Title 21, United States Code, Section 856(a)(2) - Maintaining Drug-Involved Premises).**

The Grand Jury further charges that:

Beginning on an unknown date but at least by in or about July 2002 and continuing to in or about November 2003, at Medford, in the District of Massachusetts,

**5. MARK LANCE JONES**

defendant herein, did knowingly and intentionally rent and make available for use a building, to wit: the residence located at 27 Lincoln Street in West Medford, for the purpose of unlawfully storing, distributing, and using controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(2).

**COUNT THIRTEEN: (21 U.S.C. § 846 - Conspiracy To Distribute Cocaine Base and Cocaine).**

The Grand Jury charges that:

In or about December 2003, at Boston, Malden, Somerville, and elsewhere in the District of Massachusetts,

**1. JOHN AUGUSTAVE,**
**a/k/a "John Augustine,"**
**a/k/a "Drop,"**
**a/k/a "D,"**
**7. EDU MASSILLON,**
**a/k/a "Du," and**
**8. MICHELLE EVANS,**
**a/k/a "Michelle Kalousdian"**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons, unknown to the Grand Jury, to distribute and to possess with intent to distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT FOURTEEN: (21 U.S.C. § 841(a)(1) - Possession Of Cocaine Base With Intent To Distribute).**

The Grand Jury further charges that:

On or about December 22, 2003, at Cambridge, in District of Massachusetts,

**7. EDU MASSILLON,**
**a/k/a "Du"**

defendant herein, did knowingly and intentionally possess cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, with intent to distribute.

It is further alleged that this offense involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**CRIMINAL FORFEITURE ALLEGATION**
**(21 U.S.C. §853 -- Criminal Forfeiture)**

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One through Fourteen of this Indictment,

**1. JOHN AUGUSTAVE,**
**a/k/a "John Augustine,"**
**a/k/a "Drop,"**
**a/k/a "D,"**
**2. MARQUE LYTTLE,**
**a/k/a "Key,"**
**a/k/a "Q,"**
**3. GLENN BETTS,**
**a/k/a "G"**
**4. CAREY PRICE,**
**5. MARK LANCE JONES,**
**6. EDWARD CEFALO,**
**a/k/a "Eddie"**
**a/k/a "E,"**
**7. EDU MASSILLON,**
**a/k/a "Du," and**
**8. MICHELLE EVANS,**
**a/k/a "Michelle Kalousdian"**

defendants herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. If any of the above-described forfeitable properties,

as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. have been transferred or sold to, or deposited with, a third party;

c. have been placed beyond the jurisdiction of the Court;

d. have been substantially diminished in value; or

e. have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

MICHAEL J. PELGRO
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; May 25, 2005

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK @ 12:15pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** I **Investigating Agency** DEA

**City** Boston, Medford, Malden, **Related Case Information:**

**County** Suffolk, Middlesex

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name JOHN AUGUSTAVE Juvenile ☐ Yes ☒ No

Alias Name JOHN AUGUSTINE, "DROP," "D"

Address 111 FRANKLIN STREET, MALDEN, MA

Birth date (Year only): 1968 SSN (last 4 #): 2923 Sex M Race: B Nationality: Unknown

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Michael Pelgro & Glenn MacKinlay **Bar Number if applicable** ______

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 5/25/05 **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** JOHN AUGUSTAVE

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base & cocaine | 13 |
| Set 3 | 21 U.S.C. § 841 | Distribution of cocaine base | 8 |
| Set 4 | 18 U.S.C. § 2 | Aiding & abetting | 8 |
| Set 5 | 21 U.S.C. § 853 | Criminal Forfeiture allegations | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** I **Investigating Agency** DEA

**City** Medford, Cambridge,

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name MARQUE LYTTLE Juvenile ☐ Yes ☒ No

Alias Name "KEY," "Q"

Address 67 FOREST STREET MIDDLEBORO, MA

Birth date (Year only): 1968 SSN (last 4 #): 9672 Sex M Race: B Nationality: USA

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Michael Pelgro & Glenn MacKinlay** **Bar Number if applicable** ______

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ **Yes** ☐ **No**

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 8

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 5/25/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ____________

**Name of Defendant** MARQUE LYTTLE

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 1 |
| Set 2 | 21 U.S.C. § 841 | Distribution of cocaine base | 2, 3, 4, 5, 6, 7, & 8 |
| Set 3 | 18 U.S.C. § 2 | Aiding & abetting | 8 |
| Set 4 | 21 U.S.C. § 853 | Criminal forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** I **Investigating Agency** DEA

**City** Medford, Cambridge,

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name GLENN BETTS Juvenile ☐ Yes ☒ No

Alias Name "G"

Address 70-72 Prince Street, Cambridge MA

Birth date (Year only): 1966 SSN (last 4 #): 8841 Sex M Race: B Nationality: USA

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Michael Pelgro & Glenn MacKinlay **Bar Number if applicable** ______

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 5/25/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________

**Name of Defendant** GLENN BETTS

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 1 |
| Set 2 | 21 U.S.C. § 841 | Poss. w/intent to distribute cocaine base | 11 |
| Set 3 | 21 U.S.C. § 853 | Criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** I **Investigating Agency** DEA

**City** Medford, Malden, **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name CAREY PRICE Juvenile ☐ Yes ☒ No

Alias Name ______

Address 37 OAKLAND STREET, MEDFORD, MA

Birth date (Year only): 1944 SSN (last 4 #): 8674 Sex M Race: B Nationality: USA

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Michael Pelgro & Glenn MacKinlay **Bar Number if applicable** ______

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ **Yes** ☐ **No**

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 5/25/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** CAREY PRICE

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 1 |
| Set 2 | 21 U.S.C. § 841 | Distribution of cocaine base | 9, 10 |
| Set 3 | 21 U.S.C. § 853 | Criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** I **Investigating Agency** DEA

**City** Medford, Malden,

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name MARK LANCE JONES Juvenile ☐ Yes ☒ No

Alias Name ____

Address 27 LINCOLN STREET, MEDFORD, MA

Birth date (Year only): 1952 SSN (last 4 #): 0128 Sex M Race: B Nationality: USA

**Defense Counsel if known:** ____ **Address:** ____

**Bar Number:** ____

**U.S. Attorney Information:**

**AUSA** Michael Pelgro & Glenn MacKInlay **Bar Number if applicable** ____

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ____

☐ **Already in Federal Custody as** ____ **in** ____.
☐ **Already in State Custody** ____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ____ **on** ____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 5/25/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** MARK LANCE JONES

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 1 |
| Set 2 | 21 U.S.C. § 856 | Maintaining drug involved premises | 12 |
| Set 3 | 21 U.S.C. § 853 | Criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** I **Investigating Agency** DEA

**City** Medford, Malden,

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name EDWARD CEFALO Juvenile ☐ Yes ☒ No

Alias Name "EDDIE," "E"

Address 129 ARLINGTON STREET , WEST MEDFORD, MA

Birth date (Year only): 1971 SSN (last 4 #): 8216 Sex M Race: B Nationality: USA

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Michael Pelgro & Glenn MacKinlay **Bar Number if applicable** ______

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 5/25/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** EDWARD CEFALO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base | 1 |
| Set 2 | 21 U.S.C. § 841 | Distribution of cocaine base | 2 |
| Set 3 | 18 U.S.C. § 2 | Aiding & abetting | 2 |
| Set 4 | 21 U.S.C. § 853 | Criminal forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** I **Investigating Agency** DEA

**City** Boston, Malden, Somerville **Related Case Information:**

**County** Suffolk & Middlesex

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name EDU MASSILLON Juvenile ☐ Yes ☒ No

Alias Name "DU"

Address 10 TRUE STREET, EVERETT, MA

Birth date (Year only): 1974 SSN (last 4 #): ______ Sex M Race: ______ Nationality: USA

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Michael Pelgro & Glenn MacKinlay **Bar Number if applicable** ______

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 5/25/05 **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** EDU MASSILLION

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base & cocaine | 13 |
| Set 2 | 21 U.S.C § 841 | Poss. with intent to distribute cocaine base | 14 |
| Set 3 | 21 U.S.C. § 853 | Criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** I **Investigating Agency** DEA

**City** Boston, Malden, Somerville

**County** Suffolk & Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name MICHELLE EVANS Juvenile ☐ Yes ☒ No

Alias Name MICHELLE KALOISDIAN

Address 19 PEARL STREET, APT. 1, CLINTON, MA

Birth date (Year only): 1971 SSN (last 4 #): ____ Sex F Race: ____ Nationality: USA

**Defense Counsel if known:** ____ **Address:** ____

**Bar Number:** ____

**U.S. Attorney Information:**

AUSA Michael Pelgro & Glenn MacKinlay **Bar Number if applicable** ____

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ____

☐ **Already in Federal Custody as** ____ **in** ____.
☐ **Already in State Custody** ____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ____ **on** ____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 5/25/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** MICHELLE EVANS

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine base & cocaine | 13 |
| Set 2 | 21 U.S.C. § 853 | Criminal forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**