UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10127 DPW** |
| ) | Criminal No. |
| v. ) | |
| ) | VIOLATIONS: |
| 1. JOHN AUGUSTAVE, ) | |
|     a/k/a "John Augustine" ) | 21 U.S.C. § 846 – Conspiracy |
|     a/k/a "Drop," ) | To Distribute Cocaine Base |
|     a/k/a "D," ) | |
| ) | 21 U.S.C. § 841(a)(1) – |
| 2. MARQUE LYTTLE, ) | Distribution Of Cocaine Base |
|     a/k/a "Key" ) | |
|     a/k/a "Q," ) | 21 U.S.C. § 856(a)(2) – |
| ) | Maintaining Drug-Involved |
| 3. GLENN BETTS, ) | Premises |
|     a/k/a "G," ) | |
| ) | 21 U.S.C. § 841(a)(1) – |
| 4. CAREY PRICE, ) | Possession Of Cocaine Base |
| ) | With Intent To Distribute |
| 5. MARK LANCE JONES, ) | |
| ) | 18 U.S.C. § 2 – Aiding and |
| 6. EDWARD CEFALO, ) | Abetting |
|     a/k/a "Eddie," ) | |
|     a/k/a "E," ) | 21 U.S.C. § 853 – Criminal |
| ) | Forfeiture Allegation |
| 7. EDU MASSILLON, ) | |
|     a/k/a "Du," and ) | |
| ) | |
| 8. MICHELLE EVANS, ) | |
|     a/k/a "Michelle ) | |
|         Kalousdian," ) | |
|         Defendants. ) | |

*[Handwritten in left margin: May 25 2005  Allowed. Marianne B. Bowler, USMJ]*

## MOTION TO SEAL INDICTMENT

The United States of America respectfully moves this Court to seal the indictment, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that the public

disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case and the government's efforts to arrest the defendants on the above charges.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:   /s/ Michael J. Pelgro
       MICHAEL J. PELGRO
       Assistant U.S. Attorney

MOTION ALLOWED

_____
MARIANNE B. BOWLER
United States Magistrate Judge