UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )      CRIMINAL NO. 05-10127-DPW
        v.                        )
                                  )
JOHN AUGUSTAVE, ET AL.,           )
        Defendants               )
                                  )

**Government's Motion To Unseal Indictment**

The United States of America, by Michael J. Sullivan,

United States Attorney, and Michael J. Pelgro, Assistant U.S.

Attorney, hereby files this motion to unseal the indictment in

the above-captioned action.  In support of this motion, the

government states that certain defendants have been arrested

today and that there is no longer a need to keep this

indictment under seal.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  _Michael J. Pelgro_
                              Michael J. Pelgro
                              Assistant U.S. Attorney

DATED:    June 29, 2005.

June 29, 2005. allowed

Marianne B. Bowler USM

