AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

FILED
In Open Court
USDC, Mass
Date 6/29/05
By _____ 2:45pm
Deputy Clerk

MASSACHUSETTS

US v.
John Augustave,
Michelle Evans, et al.

**APPEARANCE**

Case Number: 05-10127-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for MICHELLE EVANS FOR INITIAL APPEARANCE AND ISSUES OF PRETRIAL DETENTION ONLY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/29/05 | Scott T. Harper |
| Date | Signature |
| | Scott T. Harper    559481 |
| | Print Name    Bar Number |
| | 464 Common St #201 |
| | Address |
| | Belmont    MA    02478 |
| | City    State    Zip Code |
| | 617-489-8685    617-489-4675 |
| | Phone Number    Fax Number |