```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
```

United States of America,            )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )   Case No. 05-CR-10127-DPW
John Augustave, Marque Lyttle,       )
Glenn Betts, Carey Price,            )
Mark Lance Jones,                    )
Edward Cefalo, Edu Massillon,        )                FILED
and Michelle Evans,                  )            in Open Court
                                     )            USDC, Mass.
            Defendants.              )            Date 7/06/05
                                                  By _____ 2:00pm
                                                   Deputy Clerk

### ENTRY OF APPEARANCE FOR MICHELLE EVANS

Please enter my appearance on this matter on behalf of Defendant Michelle Evans

Dated:    7-6-05

                                          Respectfully submitted,
                                          Michelle Evans Defendant,
                                          by her Attorney,

                                          _____
                                          Odin P. Anderson, Esq.
                                          BBO No. 018400
                                          Four Longfellow Place, Suite 302
                                          Boston, MA  02114
                                          Ph:  617  742-8200
                                          Fax:  617 742-7876

**CERTIFICATE OF SERVICE VIA HAND DELIVERY**

I, Odin P. Anderson, served via hand delivery upon the following counsel in the matter of *U.S.A. v. Augustave, et al.*, No. 05-CR-10127-DPW, the preceding Entry of Appearance for Michelle Evans this 6th day of July, 2005:

Michael J. Pelgro, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA  02210

_____
Odin P. Anderson, B.B.O. # 018400