```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,      )
                               )      CRIMINAL NO. 05-10127-DPW
          v.                   )
                               )
JOHN AUGUSTAVE, ET AL.,        )
          Defendants           )
                               )

**Government's Second Assented-To Motion
To Exclude Time Under The Speedy Trial Act**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this second assented-to motion to exclude time under the Speedy Trial Act.  The government requests that the Court exclude time from August 6, 2005 to and including September 13, 2005.

In support of this motion, the government states that the government is in the process of producing voluminous reports, statements, drug analysis reports, and wiretap materials as part of its discovery obligations in this case.  At the Initial Status Conferences conducted by the Court on August 5, 2005, the parties reported that the government needs additional time to produce all of the materials and the defendants need time to review the materials in order to prepare their cases.  The Court continued the status conferences to September 13, 2005.

Counsel for defendants Glenn Betts, Carey Price, Edward Cefalo, Edu Massillon, and Michelle Evans joined in the request

for a continuance and assented to the requested exclusion of time under the Speedy Trial Act.[1]  The exclusion is warranted under 18 U.S.C. § 3161(h)(8) as the ends of justice served by allowing the parties time to receive and review discovery in this wiretap case outweigh the interest of the defendants and the public in a speedy trial.

The government therefore respectfully requests that the Court exclude the time from August 6, 2005 to and including September 13, 2005 under the Speedy Trial Act.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                               By:  s/Michael J. Pelgro
                                    Michael J. Pelgro
                                    Assistant U.S. Attorney
```

DATED:    August 8, 2005.

---

[1] Counsel for defendant Edward Cefalo, Michael Andrews, could not be present at the Initial Status Conference on August 5 due to his vacation but one of the other defense counsel stood in for him.