# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MICHELLE EVANS

**WARRANT FOR ARREST**

Case Number:

**05 CR 10127 DPW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**MICHELLE EVANS**__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to distribute cocaine base & cocaine. Criminal forfeiture allegation.**

in violation of Title __21__ United States Code, Section(s) __846, 853__ .

_Catherine M. Chadwick_                          _Supervisor_
Name of Issuing Officer                           Title of Issuing Officer

_Catherine M. Chadwick_                          Boston, MA; May 25, 2005
Signature of Issuing Officer                      Date and Location

Bail fixed at $ _____         BY _____

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA  2005 MAY 25  P 3:59

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WARRANT EXECUTED BY DEA WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT _____ BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/29/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST |  |  |