PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

    vs.

EVANS, Michelle                    Docket No. 05CR10127

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant , who was placed under pretrial release supervision by the Honorable Marianne Bowler, on  under the following conditions:

See Attached Memorandum

        And respectfully seeks action by the Court and for cause as follows:
           (Insert here or if lengthy, attach on a separate sheet)

See Attached Memorandum

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐   Issue a Warrant

☒   Issue a Summons for the defendant to appear for a show cause hearing

☐   Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:                                        Place: <u>Boston, Massachusetts</u>

*September Brown* (signature)                       Date: 8/12/05

September Brown
U.S. Pretrial Services Officer

ORDER OF COURT

☐   Warrant to Issue

☒   Summons to issue. Clerk to schedule show cause hearing. *before MJ Bowler*

☐   Other:

Considered and ordered this ___18th___ day of _August_, 20_05_, and ordered filed and made part of the record in the above case.

*Judith Gail Dein* (signature)
Judicial Officer