

# MEMORANDUM

**To:**   Honorable Marianne B. Bowler. U.S. Magistrate Judge
**From:** September-Lee Brown, U.S. Pretrial Services Officer SLB
**Re:**   EVANS, Michelle
         CR#05-10127-001DPW
**Date:** August 11, 2005

On June 29, 2005, Mrs. Michelle Evans appeared before Your Honor after being charged in an Indictment with Conspiracy to Distribute Cocaine Base and Cocaine in violation of Title 21, U.S.C., Section 846. At that time, Mrs. Evans was released on a $25,000 Unsecured Bond and the following restrictive conditions:

1. Report to Pretrial Services as directed in Worcester, Massachusetts.
2. Maintain residence and not to move without the prior permission of the Court.
3. Travel restricted to the six New England States. Travel outside of the restricted area only with the prior permission of the Court.
4. Not to possess a firearm or destructive device or dangerous weapon.
5. Surrender U.S. Passport to Pretrial Services and not to apply for another.
6. Submit to random drug testing at the discretion of Pretrial Services.
7. No use of illegal drugs and no excessive use of alcohol.
8. Not to violate any federal, state, or local laws.
9. Notify Pretrial Services within 24 hours of any new arrests.

**Honorable Marianne B. Bowler**
**U.S. Magistrate Judge, District Court**
**RE: EVANS, Michelle**
   **CR#05-10127-001DPW**

Page 2

On August 8, 2005, U.S. Pretrial Services Officer Vangie Cuascut, Worcester, MA., sent this officer an Interoffice Memorandum concerning the defendant's drug testing. USPSO Cuascut advised that the defendant's test for marijuana on July 28, 2005, showed new use. The test results show an increase in the nanogram levels from July 25, 2005, drug test of 68 nonograms to the July 28, 2005, test with a nanogram level of 106. Appended to this memorandum is are faxed copies of the Scientific Laboratories, Richmond, VA., chain of custody and result forms.

On August 8, 2005, Mrs. Evans appeared in the Pretrial Services Office in Boston, Massachusetts. This officer asked Ms. Evans concerning the marijuana nanogram levels that were reported by Scientific Laboratories, Inc. Mrs. Evans states she has no idea how the tests could be showing that she was positive for marijuana use. She states she knew her levels were going down and admittedly denies any new use of marijuana. The defendant submitted to a urine sample, #C00622370, which was forwarded to Scientific Laboratories, Inc., Richmond, Virginia. Appended to this memorandum is a copy of the chain of custody form for sample #C00622370.

In view of the above information, this is being submitted for whatever action Your Honor deems necessary.

SLB

Attach\
cc:   Michael Pelgro, AUSA
      Odin Anderson, Esq.

Reviewed by:

Basil F. Cronin, Supervising
U.S. Pretrial Services Officer

SCIENTIFIC TESTING LABORATORIES, INC.
450 Southlake Blvd., Richmond, VA 23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*

Account #: 010100025

US COURTS MA-PRETRIAL WORCESTER
ATTN: JUDITH A. OXFORD
1 COURTHOUSE WAY, STE. 1300
BOSTON, MA  02210

### RESULTS OF CONTROLLED SUBSTANCE TEST - URINE

Donor Name: EVANS                                    Specimen Drug Status: POSITIVE
PACTS #: 17189

Specimen ID: C00632615   Onsite Test ID: NONE GIVEN   Date Collected: 07/01/2005
Reason for Test: URINE SURVEILLANCE                   Date Received: 07/05/2005
Collector Name: CUASCUT, VANGIE                       Date Reported: 07/07/2005
Officer Initials: NONE GIVEN

| Class or Analyte | Result | Screen Cut-Off | Confirmation Cut-Off |
|---|---|---|---|
| AMPHETAMINES | NEGATIVE | 1000 ng/mL | |
| CANNABINOIDS |  | 50 ng/mL | |
|   DELTA-9-CARBOXY-THC | * POSITIVE | | 15 ng/mL |
| COCAINE | NEGATIVE | 300 ng/mL | |
| OPIATES | NEGATIVE | 300 ng/mL | |
| PHENCYCLIDINE | NEGATIVE | 25 ng/mL | |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 15 mg/dL |
| SPECIFIC GRAVITY | NORMAL | 1.004 - 1.044 |
| pH | NORMAL | 4.00 - 9.99 |

CONFIRMED POSITIVE BY GC/MS FOR DELTA-9-CARBOXY-THC.

*[handwritten: Nanogram level: THC 830]*

\* Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision as described on this report, as an employee of and within the laboratory and facilities of Scientific Testing Laboratories, Incorporated, and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: JANICE S. THOMAS, BS                                    Page 1 of 1

## SCIENTIFIC TESTING LABORATORIES, INC.
450 Southlake Blvd., Richmond, VA 23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*

Account #: 0101000025

US COURTS MA-PRETRIAL WORCESTER
ATTN: JUDITH A. OXFORD
1 COURTHOUSE WAY, STE. 1300
BOSTON, MA  02210

### RESULTS OF CONTROLLED SUBSTANCE TEST - URINE

Donor Name: EVANS                                   Specimen Drug Status: POSITIVE
PACTS #: 17189

Specimen ID: C00632616    Onsite Test ID: NONE GIVEN    Date Collected: 07/12/2005
Reason for Test: URINE SURVEILLANCE                     Date Received: 07/15/2005
Collector Name: CUASCUT, VANGIE                         Date Reported: 07/20/2005
Officer Initials: NONE GIVEN

| Class or Analyte | Result | Screen Cut-Off | Confirmation Cut-Off |
|---|---|---|---|
| MDA, MDEA, MDMA | NEGATIVE | 500 ng/mL | |
| CANNABINOIDS | | 50 ng/mL | |
| DELTA-9-CARBOXY-THC | * POSITIVE | | 15 ng/mL |
| GHB | NEGATIVE | 10 ug/mL | |
| OXYCODONE | NEGATIVE | 300 ng/mL | |
| PHENCYCLIDINE | NEGATIVE | 25 ng/mL | |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 15 mg/dL |
| SPECIFIC GRAVITY | NORMAL | 1.004 - 1.044 |
| pH | NORMAL | 4.00 - 9.99 |

*handwritten:* 183 nannograms

\* Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision as described on this report, as an employee of and within the laboratory and facilities of Scientific Testing Laboratories, Incorporated, and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: KURT KNACHEL, BS, MT(ASCP)                                    Page 1 of 1

SCIENTIFIC TESTING LABORATORIES, INC.
450 Southlake Blvd., Richmond, VA 23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*

Account #: 0101000025

US COURTS MA-PRETRIAL WORCESTER
ATTN: JUDITH A. OXFORD
1 COURTHOUSE WAY, STE. 1300
BOSTON, MA  02210

RESULTS OF CONTROLLED SUBSTANCE TEST - URINE

Donor Name: EVANS                                          Specimen Drug Status: POSITIVE
PACTS #: 17189

   Specimen ID: C00632619    Onsite Test ID: NONE GIVEN    Date Collected: 07/19/2005
Reason for Test: URINE SURVEILLANCE                        Date Received: 07/22/2005
 Collector Name: CUASCUT, VANGIE                           Date Reported: 07/26/2005
Officer Initials: VC

|                          |            | Screen      | Confirmation |
| Class or Analyte         | Result     | Cut-Off     | Cut-Off      |
|--------------------------|------------|-------------|--------------|
| AMPHETAMINES             | NEGATIVE   | 1000 ng/mL  |              |
| CANNABINOIDS             |            | 50 ng/mL    |              |
|   DELTA-9-CARBOXY-THC    | * POSITIVE |             | 15 ng/mL     |
| COCAINE                  | NEGATIVE   | 300 ng/mL   |              |
| OPIATES                  | NEGATIVE   | 300 ng/mL   |              |
| PHENCYCLIDINE            | NEGATIVE   | 25 ng/mL    |              |

| Validity Test    | Result | Normal Range    |
|------------------|--------|-----------------|
| CREATININE       | NORMAL | > 15 mg/dL      |
| SPECIFIC GRAVITY | NORMAL | 1.004 - 1.044   |
| pH               | NORMAL | 4.00 - 9.99     |

CONFIRMED POSITIVE BY GC/MS FOR DELTA-9-CARBOXY-THC.

* Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision as described on this report, as an employee of and within the laboratory and facilities of Scientific Testing Laboratories, Incorporated, and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: KATHERINE T. NGUYEN                                           Page 1 of 1

SCIENTIFIC TESTING LABORATORIES, INC.
450 Southlake Blvd., Richmond, VA 23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*

Account #: 01010002S

US COURTS MA-PRETRIAL WORCESTER
ATTN: JUDITH A. OXFORD
1 COURTHOUSE WAY, STE. 1300
BOSTON, MA  02210

RESULTS OF CONTROLLED SUBSTANCE TEST - URINE

Donor Name: EVANS                                    Specimen Drug Status: POSITIVE
    PACTS #: 17189

    Specimen ID: C00632621   Onsite Test ID: NONE GIVEN   Date Collected: 07/25/2005
  Reason for Test: NONE GIVEN                             Date Received:  07/27/2005
   Collector Name: CUASCUT, VANGIE                        Date Reported:  07/30/2005
  Officer Initials: VC

                                                       Screen        Confirmation
Class or Analyte              Result                   Cut-Off       Cut-Off
---------------------         ----------------         ----------    ------------
AMPHETAMINES                  NEGATIVE                 1000 ng/mL
CANNABINOIDS                                           50 ng/mL
  DELTA-9-CARBOXY-THC         * POSITIVE                             15 ng/mL
COCAINE                       NEGATIVE                 300 ng/mL
OPIATES                       NEGATIVE                 300 ng/mL
PHENCYCLIDINE                 NEGATIVE                 25 ng/mL

Validity Test                 Result                              Normal Range
---------------------         ----------------                    ------------
CREATININE                    NORMAL                              > 15 mg/dL
SPECIFIC GRAVITY              NORMAL                              1.004 - 1.044
pH                            NORMAL                              4.00 - 9.99

CONFIRMED POSITIVE BY GC/MS FOR DELTA-9-CARBOXY-THC.


nanng - 68 nn

                                                           * Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision
as described on this report, as an employee of and within the laboratory and facilities of Scientific Testing Laboratories
Incorporated, and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: JANICE S. THOMAS, BS                                      Page 1 of 1

SCIENTIFIC TESTING LABORATORIES, INC.
450 Southlake Blvd., Richmond, VA 23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*

Account #: 01010002S

US COURTS MA-PRETRIAL WORCESTER
ATTN: JUDITH A. OXFORD
1 COURTHOUSE WAY, STE. 1300
BOSTON, MA  02210

### RESULTS OF CONTROLLED SUBSTANCE TEST - URINE

Donor Name: EVANS                         Specimen Drug Status: POSITIVE
  PACTS #: 17189

      Specimen ID: C00632622    Onsite Test ID: NONE GIVEN    Date Collected: 07/28/2005
   Reason for Test: URINE SURVEILLANCE                        Date Received: 08/01/2005
    Collector Name: CAUSCUT, VANGIE                           Date Reported: 08/03/2005
  Officer Initials: VC

| Class or Analyte | Result | Screen Cut-Off | Confirmation Cut-Off |
|---|---|---|---|
| AMPHETAMINES | NEGATIVE | 1000 ng/mL | |
| CANNABINOIDS | | 50 ng/mL | |
|   DELTA-9-CARBOXY-THC | * POSITIVE | | 15 ng/mL |
| COCAINE | NEGATIVE | 300 ng/mL | |
| OPIATES | NEGATIVE | 300 ng/mL | |
| PHENCYCLIDINE | NEGATIVE | 25 ng/mL | |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 15 mg/dL |
| SPECIFIC GRAVITY | NORMAL | 1.004 - 1.044 |
| pH | NORMAL | 4.00 - 9.99 |

CONFIRMED POSITIVE BY GC/MS FOR DELTA-9-CARBOXY-THC.

*nanno.*
*106 n5*

\* Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision as described on this report, as an employee of and within the laboratory and facilities of Scientific Testing Laboratories, Incorporated and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: SCOTT ANGLE                                              Page 1 of 1