AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br><br>MICHELLE EVANS<br>19 PEARL ST., APT. 1<br>CLINTON, MA 01510<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   05-10127-DPW |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>**COURTROOM # 25, 7th FLOOR** |
|---|---|
| | Date and Time<br>**AUGUST 31, 2005 AT 2:00 PM** |
| Before:   **MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE** | |

To answer a(n)
  Indictment       Information       ComplaintCom   X   Violation       Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF PRETRIAL RELEASE


/s/ Marianne B. Bowler, U.S.M.J.
Signature of Issuing Officer

August 23, 2005
Date

MARIANNE B. BOWLER, U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Service was made by me on:[1]           Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____     _____
            Date                                 Name of United States Marshal

                                                _____
                                                (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.