IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

United States of America, )
                          )
            Plaintiff,    )
                          )
v.                        )
                          )   Case No. 05-CR-10127-DPW
Michelle Evans,           )
                          )
            Defendant.    )

## ASSENTED TO MOTION TO CONTINUE

A Summons issued for 8-31-05 at 2:00 p.m. regarding a potential violation of pretrial release. I, Odin P. Anderson, counsel to Ms. Evans, am on vacation until 9-6-05. Additionally, the expert witness I expect to testify at the hearing, Dr. Benjamin, is also on vacation, out of the country, until after Labor Day, and A.U.S.A. Michael Pelgro is on vacation until 9-6-05.

Mr. Pelgro's co-counsel, A.U.S.A. Glenn MacKinlay has assented to this Motion. Pre-Trial Services has been advised of the filing of this Motion.

Wherefore, Michelle Evans, through counsel, requests that this matter be continued until 9-10-05, or such other date as the Court may determine.

                                Respectfully submitted,
                                Michelle Evans, Defendant,
                                by her Attorney,

                                _____
                                Odin P. Anderson, Esq.
                                BBO No. 018400
                                Four Longfellow Place, Suite 302
                                Boston, MA  02114
                                Ph: 617 742-8200
                                Fax: 617 742-7876

    Assented to:                G.M. by OA
                                _____
                                Glenn MacKinlay, A.U.S.A.

**CERTIFICATE OF SERVICE VIA FAX # 617 748-3954**

I, Odin P. Anderson, served via fax to the following counsel in the matter of *U.S.A. v. Michelle Evans, et al.*, No. 05-CR-10127-DPW, the preceding Assented to Motion to Continue this 29th day of August 2005

A.U.S.A. Glenn MacKinlay
Fax # 617 748-3954

_____
Odin P. Anderson, B.B.O. # 018400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 05-CR-10127-DPW |
| Michelle Evans, | ) | |
| | ) | |
| Defendant. | ) | |

## ASSENTED TO MOTION TO CONTINUE

A Summons issued for 8-31-05 at 2:00 p.m. regarding a potential violation of pretrial release. I, Odin P. Anderson, counsel to Ms. Evans, am on vacation until 9-6-05. Additionally, the expert witness I expect to testify at the hearing, Dr. Benjamin, is also on vacation, out of the country, until after Labor Day, and A.U.S.A. Michael Pelgro is on vacation until 9-6-05.

Mr. Pelgro's co-counsel, A.U.S.A. Glenn MacKinlay has assented to this Motion. Pre-Trial Services has been advised of the filing of this Motion.

Wherefore, Michelle Evans, through counsel, requests that this matter be continued until 9-10-05, or such other date as the Court may determine.

Respectfully submitted,
Michelle Evans, Defendant,
by her Attorney,

_____
Odin P. Anderson, Esq.
BBO No. 018400
Four Longfellow Place, Suite 302
Boston, MA  02114
Ph:  617  742-8200
Fax:  617 742-7876

Assented to:   G.M. by OPA
_____
Glenn MacKinlay, A.U.S.A.