UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )      CRIMINAL NO. 05-10127-DPW
          v.             )
                         )
JOHN AUGUSTAVE, ET AL.,  )
          Defendants     )
                         )

**Government's Assented-To Motion To Exclude
Time From September 13, 2005 To And Including
November 15, 2005 Under The Speedy Trial Act**

The United States of America, by Michael J. Sullivan, United

States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney,

hereby files this assented-to motion to exclude time under the

Speedy Trial Act.  The government requests that the time from

September 13, 2005 to and including November 15, 2005 be excluded

from the time within which this case must be tried under the

Speedy Trial Act.

In support of this motion, the government states that a

status conference was conducted by United States Magistrate Judge

Marianne B. Bowler on September 13, 2005.  At the conference,

counsel for the defendants requested additional time to review

the voluminous wiretap and other discovery materials provided to

them by the government and to discuss possible resolutions of the

case with government counsel.  Counsel for the defendants

assented to the scheduling of a further status conference for

November 15, 2005 and specifically waived any objection to the

continuance on Speedy Trial Act grounds.  A continuance to afford

defense counsel time to review wiretap and other discovery

materials, and to discuss matters with government counsel, serves the ends of justice and outweighs the interests of the public and the defendants in a speedy trial.  Accordingly, the exclusion is warranted under 18 U.S.C. § 3161(h)(8).

The government therefore respectfully requests that the time from September 13, 2005 to and including November 15, 2005 be excluded from the time which which the case must be tried under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   _____
Michael J. Pelgro
Assistant U.S. Attorney

DATED:    September 14, 2005.