PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

EVANS, Michelle                    Docket No. 05CR10127

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant, who was placed under pretrial release supervision by the Honorable Marianne Bowler, on 6/29/2005 under the following conditions:

See attached Memorandum dated September 29, 2005

And respectfully seeks action by the Court and for cause as follows:

(Insert here or if lengthy, attach on a separate sheet)

See attached Memorandum dated September 29, 2005

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a Warrant

☐ Issue a Summons for the defendant to appear for a show cause hearing

☒ Other: whatever action deemed necessary by the Court

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: *September 30, 2005*      Place: Boston, Massachusetts

*September Brown*
September Brown
U.S. Pretrial Services Officer

Date: September 30, 2005

ORDER OF COURT

☒ Warrant to Issue

☐ Summons to issue. Clerk to schedule show cause hearing.

☐ Other:

Considered and ordered this __30th__ day of __Sept__, 20__05__, and ordered filed and made part of the record in the above case.

*Marianne B. Bowler USMJ*
Judicial Officer