

# MEMORANDUM

**To:** Honorable Marianne B. Bowler, U.S. Magistrate Judge

**From:** September-lee Brown, U.S. Pretrial Services Officer  SLB

**Re:** EVANS, Michelle
CR#05-10127-001DPW

**Date:** September 29, 2005

Please refer to my previous correspondence dated August 11, 2005, August 23, 2005, and September 7, 2005, concerning the above named individual.

On September 27, 2005, U.S. Pretrial Services Officer Vangie Cuascut, Worcester, MA., contacted this officer concerning a drug test submitted by the defendnat on September 20, 2005. USPSO Cuascut advised the defendant's drug test which was sent to Scientific Laboratories on September 20, 2005, under sample #C00632637, was returned positive for cocaine with a nanogram level of 308. Appended to this memorandum is the faxed results from Scientific Laboratories, Richmond, Virginia, for the September 20, 2005.

Honorable Marianne B. Bowler
U.S. Magistrate Judge, District Court
RE: EVANS, Michelle
    CR#05-10127-001DPW

Page 2


This is being provided to Your Honor for informational purposes and whatever action Your Honor deems necessary.

SLB

Attach\

cc: David Tobin, AUSA
    Odin Andersen, Esq.

Reviewed by:

Basil F. Cronin, Supervising
U.S. Pretrial Services Officer

SCIENTIFIC TESTING LABORATORIES, INC.
450 Southlake Blvd., Richmond, VA 23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*

Account #: 01010C02S

US COURTS MA.-PRETRIAL WORCESTER
ATTN: JUDITH A. OXFORD
1 COURTHOUSE WAY, STE. 1300
BOSTON, MA  02210

### RESULTS OF CONTROLLED SUBSTANCE TEST - URINE

Donor Name: EVANS                                Specimen Drug Status: POSITIVE
    PACTS #: 17189

   Specimen ID: C00632637   Onsite Test ID: NONE GIVEN   Date Collected: 09/20/2005
Reason for Test: URINE SURVEILLANCE                     Date Received: 09/22/2005
Collector Name: CUASCUT, VANGIE                         Date Reported: 09/26/2005
Officer Initials: VC

| Class or Analyte | Result | Screen Cut-Off | Confirmation Cut-Off |
|---|---|---|---|
| AMPHETAMINES | NEGATIVE | 1000 ng/mL | |
| CANNABINOIDS | NEGATIVE | 50 ng/mL | |
| COCAINE | | 300 ng/mL | |
|   BENZOYLECGONINE | * POSITIVE | | 150 ng/mL |
| OPIATES | NEGATIVE | 300 ng/mL | |
| PHENCYCLIDINE | NEGATIVE | 25 ng/mL | |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 15 mg/dL |
| SPECIFIC GRAVITY | NORMAL | 1.004 - 1.044 |
| pH | NORMAL | 4.00 - 9.99 |

CONFIRMED POSITIVE BY GC/MS FOR BENZOYLECGONINE (COCAINE METABOLITE).

* Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision as described on this report, as an employee of and within the laboratory and facilities of Scientific Testing Laboratories, Incorporated, and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: KATHERINE T. NGUYEN                              Page 1 of 1