≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES V. MICHELLE EVANS | | | | | **EXHIBIT AND WITNESS LIST** Case Number: 05-10127-DPW |
|---|---|---|---|---|---|

| PRESIDING JUDGE BOWLER | | | PLAINTIFF'S ATTORNEY MICHAEL PELGRO | | DEFENDANT'S ATTORNEY ODIN ANDERSON |
|---|---|---|---|---|---|
| TRIAL DATE (S) 9/13/2005 | | | COURT REPORTER DIGITAL | | COURTROOM DEPUTY SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | A | 9/13/05 | X | X | TOXICOLOGY REPORTS |
|  |  |  |  |  | DAVID M. BENJAMIN, Clinical Pharmacologist & Toxicologist; for the deft. |
|  | B | 9/13/05 | X | X | CURRICULUM VITAE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages