PS 10
(8/88)

# United States District Court
## for the
## District of Massachusetts

U.S.A. vs EVANS, Michelle                     Docket No. 05CR10127-001DPW

TO: [1] Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>EVANS, Michelle | SEX<br>Female | RACE<br>White Non Hispanic | AGE<br>34 |
| ADDRESS (STREET, CITY, STATE)<br>19 Pearl Street, 1st Floor, Clinton, MA 01510 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>U.S. District Court, District of Massachusetts<br>1 Courthouse Way, Boston, MA 02210 | | | |
| CLERK<br>Dianalynn Saccoccio | (BY) DEPUTY CLERK | | DATE<br>7/30/05 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Massachusetts;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."