UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )       CRIMINAL NO. 05-10127-DPW
        v.                      )
                                )
JOHN AUGUSTAVE, ET AL.,         )
        Defendants              )
                                )

**Government's Assented-To Motion To Exclude
Time From November 16, 2005 To And Including
January 4, 2006 Under The Speedy Trial Act**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this assented-to motion to exclude time under the Speedy Trial Act. The government requests that the time from November 16, 2005 to and including January 4, 2006 be excluded from the time within which this case must be tried under the Speedy Trial Act.

In support of this motion, the government states that a status conference was conducted by United States Magistrate Judge Marianne B. Bowler on November 15, 2005. At the conference, counsel for the defendants requested additional time to review the voluminous wiretap and other discovery materials provided to them by the government and to discuss possible resolutions of the case with government counsel. Counsel for the defendants assented to the scheduling of a further status conference for January 4, 2006 and specifically waived any objection to the continuance on Speedy Trial Act grounds. A continuance to afford defense counsel time to review wiretap and other discovery

materials, and to discuss matters with government counsel, serves the ends of justice and outweighs the interests of the public and the defendants in a speedy trial. Accordingly, the exclusion is warranted under 18 U.S.C. § 3161(h)(8).

The government therefore respectfully requests that the time from November 16, 2005 to and including January 4, 2006 be excluded from the time within which the case must be tried under the Speedy Trial Act.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                          By:   /s/Michael J. Pelgro
                                Michael J. Pelgro
                                Assistant U.S. Attorney

DATED:     November 23, 2005.