UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                             )<br>)<br>JOHN AUGUSTAVE, ET AL.,    )<br>        Defendants         )<br>                            ) | CRIMINAL NO. 05-10127-DPW |

**Government's Assented-To Motion To Exclude
Time From February 7, 2006 To And Including
March 20, 2006 Under The Speedy Trial Act**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this assented-to motion to exclude time under the Speedy Trial Act. The government requests that the time from February 7, 2006 to and including March 20, 2006 be excluded from the time within which this case must be tried under the Speedy Trial Act.

In support of this motion, the government states that a status conference was conducted by United States Magistrate Judge Marianne B. Bowler on February 6, 2006. At the conference, counsel for the defendants requested additional time to review the voluminous wiretap and other discovery materials provided to them by the government and to continue to discuss possible resolutions of the case with government counsel. Counsel for the defendants assented to the scheduling of a further status conference for March 20, 2006 and specifically waived any objection to the continuance on Speedy Trial Act grounds. A continuance to afford defense counsel time to review wiretap and

other discovery materials, and to continue to discuss matters with government counsel, serves the ends of justice and outweighs the interests of the public and the defendants in a speedy trial. Accordingly, the exclusion is warranted under 18 U.S.C. § 3161(h)(8).

The government therefore respectfully requests that the time from February 7, 2006 to and including March 20, 2006 be excluded from the time within which the case must be tried under the Speedy Trial Act.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                               By:  /s/Michael J. Pelgro
                                    Michael J. Pelgro
                                    Assistant U.S. Attorney
```

DATED:    February 9, 2006.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants on February 9, 2006.

```
                                     /s/Michael J. Pelgro
                                    Michael J. Pelgro
                                    Assistant U.S. Attorney
```