```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )   CRIMINAL NO. 05-10127-DPW
    v.                    )
                          )
JOHN AUGUSTAVE, ET AL.,   )
       Defendants         )
                          )

**Government's Assented-To Motion To Exclude
Time From March 21, 2006 To And Including
May 23, 2006 Under The Speedy Trial Act**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this assented-to motion to exclude time under the Speedy Trial Act. The government requests that the time from March 21, 2006 to and including May 23, 2006 be excluded from the time within which this case must be tried under the Speedy Trial Act.

In support of this motion, the government states that a status conference was conducted by United States Magistrate Judge Marianne B. Bowler on March 20, 2006. At the conference, counsel for the defendants requested additional time to review the voluminous wiretap and other discovery materials provided to them by the government and to continue to discuss possible resolutions of the case with government counsel. In addition, counsel for defendants John Augustave and Mark Lance Jones specifically requested additional time to receive and/or review the discovery in this case as those two defendants were arrested relatively recently in 2006. Counsel for the defendants assented to the

scheduling of a further status conference for May 23, 2006 and specifically waived any objection to the continuance on Speedy Trial Act grounds.  A continuance to afford defense counsel time to review wiretap and other discovery materials, and to continue to discuss matters with government counsel, serves the ends of justice and outweighs the interests of the public and the defendants in a speedy trial.  Accordingly, the exclusion is warranted under 18 U.S.C. § 3161(h)(8).

The government therefore respectfully requests that the time from March 21, 2006 to and including May 23, 2006 be excluded from the time within which the case must be tried under the Speedy Trial Act.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  /s/Michael J. Pelgro
                              Michael J. Pelgro
                              Assistant U.S. Attorney

DATED:   March 22, 2006.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants on March 22, 2006.

                                    /s/Michael J. Pelgro
                                    Michael J. Pelgro
                                    Assistant U.S. Attorney