```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

United States of America,      )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )   Case No. 05-CR-10127-DPW
John Augustave, Marque Lyttle, )
Glenn Betts, Carey Price,      )
Mark Lance Jones,              )
Edward Cefalo, Edu Massillon   )
and Michelle Evans,            )
                               )
          Defendants.          )
```

**MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE**

Now comes the Defendant Michelle Evans and moves this Honorable Court to amend her conditions of Pretrial Release so as to allow her unrestricted travel within the United States, or allow her to (1) travel from 4-21-06 to 4-23-06 to Livingston, NJ, where she and her daughter will be staying with Michelle's cousin Christine Matera while attending the birthday party of Michelle's cousin's daughter and (2) travel from 5-5-06 to 5-8-06 to Livingston, NJ, where she and her daughter will be staying with Michelle's cousin Christine Matera while attending the First Communion of the cousin's daughter; and for reasons Michelle Evans states that she has been on conditions of release which allow for her unrestricted travel within the New England states since 6-29-05, she has surrendered her passport, she has appeared for all required Court appearances, she has cooperated

fully with Pretrial Services and she poses no flight risk, she is the owner of a home in Clinton, MA, and is a principal in the business for which she works.

    Dated:

                              Respectfully submitted,
                              Michelle Evans Defendant,
                              by her Attorney,

                              /s/ Odin P. Anderson_____
                              Odin P. Anderson, Esq.
                              BBO No. 018400
                              Four Longfellow Place, Suite 302
                              Boston, MA  02114
                              Ph:  617  742-8200
                              Fax:  617 742-7876