# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10127-DPW

UNITED STATES OF AMERICA

v.

MARQUE LYTTLE
EDWARD CEFALO
EDU MASSILLON
MICHELLE EVANS

## FINAL STATUS REPORT

JULY 17, 2006

**BOWLER, U.S.M.J.**

  The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

  1.  The Indictment in the above-entitled case, which charge defendants Lyttle and Cefalo with conspiracy to distribute cocaine base, distribution of cocaine base and aiding and abetting, defendant Jones with conspiracy to distribute cocaine and cocaine base and possession of cocaine base with intent to distribute and defendant Evans with conspiracy to distribute cocaine and cocaine base, was returned on May 25, 2005;

  2.  Defendant Lyttle was arraigned on the Indictment on July 11, 2005 and defendants Cefalo, Massillon and Evans were arraigned on the Indictment on July 21, 2005;

3. At the time of arraignment, the government estimated that it would call up to 15 witnesses and that a trial would last approximately two weeks;

4. Defendant Lyttle is in custody, defendants Cefalo, Massillon and Evans are not in custody;

5. Counsel for defendants have indicated that this case will be resolved by way of a plea;

6. This case is hereby returned to the district judge to whom the case is assigned.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE