```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,         )
Plaintiff,                        )
                                  ) CRIMINAL NO.
v.                                ) 05-10127-DPW
                                  )
MARQUE LYTTLE                     )
EDWARD CEFALO                     )
EDU MASSILLON                     )
MICHELLE EVANS                    )
Defendants.                       )
```

### ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **3:30 P.M. ON AUGUST 10, 2006**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no**

**later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

|  |  |
|---|---|
| DATE: July 27, 2006 | BY THE COURT,<br>/s/ Michelle Rynne<br>Deputy Clerk |