IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, )<br> )<br>        Plaintiff, )<br>v. )<br> )<br>John Augustave, Marque Lyttle, )<br>Glenn Betts, Carey Price, )<br>Mark Lance Jones, )<br>Edward Cefalo, Edu Massillon )<br>and Michelle Evans, )<br> )<br>        Defendants. ) | Case No. 05-CR-10127-DPW |

**NOTICE OF FILING SEALED DOCUMENTS**

Notice is hereby given of the filing of sealed documents on August 2, 2006.

Dated:

                                          Respectfully submitted,

                                          Michelle Evans Defendant,
                                          by her Attorney,

                                           /s/ Odin P. Anderson_____
                                          Odin P. Anderson, Esq.
                                          BBO No. 018400
                                          Four Longfellow Place, Suite 302
                                          Boston, MA  02114
                                          Ph: 617 742-8200; Fax: 617 742-7876