PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

_Michelle Evans_                           Docket No.CR# 05-10127- DPW

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant, Michelle Evans, who was released on bail by the Honorable Marianne B. Bowler, on June 29, 2005, under the following conditions:

1. Report to the Worcester Pretrial Services Office
2. Report as directed.
3. Maintain residence.
4. Travel restricted to New England States.
5. Refrain from possessing a firearm, destructive devices or other dangerous weapons.
6. Surrender passport to Pretrial Services.
7. Obtain no passport.
8. Submit to random drug testing.
9. Submit to urine analysis test.
10. Report any arrest within 24 hours to Pretrial Services

And respectfully seeks action by the Court for violations that include:

    (Please refer to attached violation memorandum)

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

__X__ Issue a Warrant

_____ Issue a Summons for the defendant to appear for a show cause hearing

_____ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _August 8, 2006_ Place _Boston, Massachusetts_

_____Judith Oxford_____Date 8/8/06_

U.S. Pretrial Services Officer

## ORDER OF COURT

__✓__ Warrant to Issue

_____ Summons to issue. Clerk to schedule show cause hearing.

_____ Other:

Considered and ordered this _August_ day of _8th_, 20_06_, and ordered filed and made part of the record in the above case.

_Marianne B. Bowler, USMJ_
Judicial Officer