AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____

FILED
CLERKS OFFICE

UNITED STATES OF AMERICA
V.

Michelle Evans

2006 AUG 23 P 3: 29

**WARRANT FOR ARREST**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: 05-10127-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Michelle Evans___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Pretrial Release

RECEIVED
2006 AUG -8  A 11: 06
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of Title ___18___ United States Code, Section(s) _____

Honorable Marianne B. Bowler          U.S. Magistrate Judge
Name of Issuing Officer                 Title of Issuing Officer

Marianne B. [signature]                August 8, 2006
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____  by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY USMS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/8/06 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |