United States of America
District Of Massachusetts

_____

United States of America                                    Criminal #050-10127-DPW
    V
Edu Massillon

_____

Defendant's Motion to Continue

    Now comes the defendant in the above matter and respectfully moves this Honorable Court to continue the date of his guilty plea to August 30, 2006. As reason therefore he asserts that this is the date that two of his co-defendants have been moved to and he needs additional time to consult with his attorney.

By His Attorney,

*/s/ Michael P. Doolin*
Michael P. Doolin BBO# 546116
512 Gallivan Blvd
Dorchester, MA 02124
617-436-3819
mdoolinatlaw@yahoo.com