United States of America
District Of Massachusetts

_____

United States of America                                    Criminal #050-10127-DPW
    V
Edu Massillon

_____

Motion to Amend Condition
of Pre-Trial Release

    Now comes the defendant in the above matter and respectfully moves this Honorable Court to the condition of his pre-trial release and allow him to travel to San Francisco to attend the wedding of his brother from October 26-29, 2006.

By His Attorney,

*/s/ Michael P. Doolin*
Michael P. Doolin
BBO# 546116
512 Gallivan Blvd
Dorchester, MA 02124
617-436-3819
mdoolinatlaw@yahoo.com