UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>  v.                       )<br>  )<br>JOHN AUGUSTAVE, ET AL.,   )<br>        Defendants        )<br>  ) | CRIMINAL NO. 05-10127-DPW |

**Government's Assented-To Motion To Exclude
Time From November 8, 2006 To And Including
January 9, 2007 Under The Speedy Trial Act**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this assented-to motion to exclude time under the Speedy Trial Act. The government requests that the time from November 8, 2006 to and including January 9, 2007 be excluded from the time within which this case must be tried under the Speedy Trial Act.

In support of this motion, the government states that a status conference was conducted by United States Magistrate Judge Marianne B. Bowler on November 8, 2006. At the conference, counsel for defendants John Augustave, Glenn Betts, and Mark Lance Jones requested additional time to review the voluminous wiretap and other discovery materials provided to them by the government and to continue to discuss possible resolutions of the case with government counsel. Defendants John Augustave and Mark Lance Jones were arrested relatively recently in 2006. Counsel for the defendants assented to the scheduling of a final status conference for January 9, 2007 and specifically waived any

objection to the continuance on Speedy Trial Act grounds. A continuance to afford defense counsel time to review wiretap and other discovery materials, and to continue to discuss possible resolutions of the case with government counsel, serves the ends of justice and outweighs the interests of the public and the defendants in a speedy trial. Accordingly, the exclusion is warranted under 18 U.S.C. § 3161(h)(8).

The government therefore respectfully requests that the time from November 8, 2006 to and including January 9, 2007 be excluded from the time within which the case must be tried under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Michael J. Pelgro
      Michael J. Pelgro
      Assistant U.S. Attorney

DATED:   November 9, 2006.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants on November 9, 2006.

 /s/Michael J. Pelgro
Michael J. Pelgro
Assistant U.S. Attorney