# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES

**v.**

JOHN AUGUSTAVE, ET AL.

**APPEARANCE**

Case Number:    05 CR 10127-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     the United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 9, 2006 | /s/ David G. Tobin |
| Date | Signature |
| | David G. Tobin     552558 |
| | Print Name     Bar Number |
| | United States Attorney's Office |
| | Address |
| | Boston     MA     02210 |
| | City     State     Zip Code |
| | (617) 748-3392     (617) 748-3965 |
| | Phone Number     Fax Number |