IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )  Case No. 05-CR-10127-DPW |
| John Augustave, Marque Lyttle, | ) |
| Glenn Betts, Carey Price, | ) |
| Mark Lance Jones, | ) |
| Edward Cefalo, Edu Massillon | ) |
| and Michelle Evans, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING SEALED DOCUMENTS**

Notice is hereby given of the filing of sealed documents on August 2, 2006.

Dated:

                                       Respectfully submitted,

                                       Michelle Evans Defendant,
                                       by her Attorney,

                                       /s/ Odin P. Anderson_____
                                       Odin P. Anderson, Esq.
                                       BBO No. 018400
                                       Four Longfellow Place, Suite 302
                                       Boston, MA  02114
                                       Ph: 617 742-8200; Fax: 617 742-7876