IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 05-CR-10127-DPW |
| John Augustave, Marque Lyttle, ) | |
| Glenn Betts, Carey Price, ) | |
| Mark Lance Jones, ) | |
| Edward Cefalo, Edu Massillon ) | |
| and Michelle Evans, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING SEALED DOCUMENTS**

Notice is hereby given of the filing of sealed documents on November 14, 2006.

Dated:  November 14, 2006

Respectfully submitted,

Michelle Evans Defendant,
by her Attorney,

 /s/ Odin P. Anderson_____
Odin P. Anderson, Esq.
BBO No. 018400
Four Longfellow Place, Suite 302
Boston, MA  02114
Ph:  617  742-8200; Fax:  617 742-7876