United States of America
District Of Massachusetts

_____

United States of America                                    Criminal #050-10127-DPW
    V
Edu Massillon

_____

## Motion to Continue

    Now comes the defendant in the above matter and respectfully moves this Honorable Court to continue the date of his change of plea and sentencing from November 28, 2006 to February 13, 2007. as reason therefore he asserts that there are still issues that remain outstanding concerning his case.
    This motion to continue has been assented to by A.U.S.A. Michael Pelgro.


By His Attorney,

*/s/ Michael P. Doolin*
Michael P. Doolin
512 Gallivan Blvd
Dorchester, MA 02124
617-436-3819
BBO# 546116