IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
United States of America,        )
                                 )
            Plaintiff,           )
v.                               )
                                 )   Case No. 05-CR-10127-DPW
John Augustave, Marque Lyttle,   )
Glenn Betts, Carey Price,        )
Mark Lance Jones,                )
Edward Cefalo, Edu Massillon     )
and Michelle Evans,              )
                                 )
            Defendants.          )
```

**NOTICE OF FILING SEALED DOCUMENTS**

Notice is hereby given of the filing of sealed documents on February 12, 2007.

Dated:  February 12, 2007

                                      Respectfully submitted,
                                      Michelle Evans, Defendant,
                                      by her Attorney,

                                      /s/ Odin P. Anderson_____
                                      Odin P. Anderson, Esq.
                                      BBO No. 018400
                                      Four Longfellow Place, Suite 302
                                      Boston, MA  02114
                                      Ph:  617  742-8200; Fax:  617 742-7876