UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 05-10127-DPW** |
| | ) | |
| **MICHELLE EVANS,** | ) | |
|     Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Woodlock, J) on the defendant Michelle Evans on February 13, 2007, and from the resulting Judgment in a Criminal Case (entered on the docket on February 13, 2007).

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                              By:    /s/ Michael J. Pelgro
                                         Michael J. Pelgro
                                         Assistant U.S. Attorney

                                                Certificate of Service

      I hereby certify that on March 9, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                   /s/ Michael J. Pelgro
                                                 Michael J. Pelgro
                                                 Assistant U.S. Attorney