UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U, SDC Docket Number : 05-cr-10127

United States of America

v.

Michelle Evans

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-4, 7-9, 13, 14, 28, 34, 40-42, 47-49, 57, 60-65, 73, 82, 88, 100, 102, 106, 110-113, 115, 117, 120, 121, 129, 134-137, 140, 142, 144, 170, 177, 179, 190

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/9/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 2, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/2/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10127-DPW-8

Case title: USA v. Augustave et al    Date Filed: 05/25/2005

Assigned to: Judge Douglas P. Woodlock
Referred to: Magistrate Judge Marianne B. Bowler

**Defendant**

**Michelle Evans** (8)
*TERMINATED: 02/13/2007*
*also known as*
Michelle Kalousdian (8)
*TERMINATED: 02/13/2007*

represented by **Odin P. Anderson**
Anderson & Associates PC
Four Longfellow Place
Suite 302
Boston, MA 02114
617-742-8200
Fax: 617-742-7876
Email: OPA9544@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*



**Scott T. Harper**
Scott T. Harper Attorney at Law
464 Common St.
Suite 201
Belmont, MA 02478
617-489-8685
Fax: 617-489-8685
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:846 Conspiracy to Distribute Cocaine Base and Cocaine
(13)

**Disposition**

Defendant sentenced to time served. Supervised release of 4 years with standard and special conditions. Special assessment of $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

None

**Plaintiff**

USA         represented by **Michael J. Pelgro**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: michael.pelgro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2005 | 1 | SEALED INDICTMENT as to John Augustave (1) count(s) 1, 8, 13, Marque Lyttle (2) count(s) 1, 2, 3-7, 8, Glenn Betts (3) count(s) 1, 11, Carey Price (4) count(s) 1, 9-10, Mark Lance Jones (5) count(s) 1, 12, Edward Cefalo (6) count(s) 1, 2, Edu Massillon (7) count(s) 13, 14, Michelle Evans (8) count(s) 13. (Attachments: # 1) (Gawlik, Cathy) |

| | | |
|---|---|---|
| | | (Entered: 05/25/2005) |
| 05/25/2005 | 2 | MOTION to Seal Case as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Gawlik, Cathy) (Entered: 05/25/2005) |
| 05/25/2005 | | Judge Marianne B. Bowler : Electronic ORDER entered granting 2 Motion to Seal Case as to John Augustave (1), Marque Lyttle (2), Glenn Betts (3), Carey Price (4), Mark Lance Jones (5), Edward Cefalo (6), Edu Massillon (7), Michelle Evans (8) (Gawlik, Cathy) (Entered: 05/25/2005) |
| 05/25/2005 | 3 | Judge Douglas P. Woodlock : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evans (Gawlik, Cathy) (Entered: 05/25/2005) |
| 06/29/2005 | 4 | MOTION to Unseal Case as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Diskes, Sheila) (Entered: 06/29/2005) |
| 06/29/2005 | | Judge Marianne B. Bowler : Electronic ORDER entered granting 4 Motion to Unseal Case as to John Augustave (1), Marque Lyttle (2), Glenn Betts (3), Carey Price (4), Mark Lance Jones (5), Edward Cefalo (6), Edu Massillon (7), Michelle Evans (8) (Diskes, Sheila) (Entered: 06/29/2005) |
| 06/29/2005 | | Case unsealed as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evans (Diskes, Sheila) (Entered: 06/29/2005) |
| 06/29/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial appearance for Glenn Betts, Edward Cefalo, Edu Massillon and Michelle Evans held on 6/29/2005; Glenn MacKinlay for the govt.; Page Kelley for deft. Betts, Michael Andrews for deft. Cefalo and Scott Harper for deft. Evans; Elliot Weinstein who appeared as CJA counsel for deft. Massillon informs the court that the deft. has retained counsel and that he cannot represent the deft. for the purposes of the initial appearance; The court excuses counsel and Charles Rankin stands in for retained counsel for the purposes of the initial appearance; The defts. are informed of the charges, rights and right to counsel; Defts. Betts and Cefalo complete a financial affidavit and the court orders the appointment of counsel for these defts.; Defts. Betts and Evans are sworn and questioned by the court; Counsel for defts. Cefalo and Massillon request that the court defer questioning at this time; The govt. moves for detention and continuance for defts. Betts, Cefalo and Massillon and does not move for detention as to deft. Evans; A detention hearing for defts. Betts, Cefalo and Massillon is set for 7/6/2005 at 2:30 PM and the defts. are remanded to the custody of the U.S. Marshals; Deft. Evans is released on a $25,000.00 unsecured bond with additional conditions of release and will return on 7/6/2005 at 2:15 PM for arraignment. (Tape #Digital.) |

| | | |
|---|---|---|
| | | (Saccoccio, Dianalynn) (Entered: 07/05/2005) |
| 06/29/2005 | 7 | Magistrate Judge Marianne B. Bowler: ORDER entered; ORDER Setting Conditions of Release for Michelle Evans (8) (Filo, Jennifer) (Entered: 07/05/2005) |
| 06/29/2005 | 8 | Unsecured Bond entered for Michelle Evans in the amount of $ 25,000.00. (Saccoccio, Dianalynn) (Entered: 07/05/2005) |
| 06/29/2005 | 9 | NOTICE OF ATTORNEY APPEARANCE: Scott T. Harper appearing for Michelle Evans (Saccoccio, Dianalynn) (Entered: 07/05/2005) |
| 07/06/2005 | 13 | MOTION for Protective Order as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 07/06/2005) |
| 07/06/2005 | | Electronic clerk's notes for proceedings held before Judge Marianne B. Bowler :Arraignment for Michelle Evans (8) held on 7/6/2005; Glenn MacKinlay and Michael Pelgro for the govt., Odin Anderson for the deft. and September Brown for Pretrial Services; Counsel for the deft. files a notice of appearance in open court; The deft. waives the reading of the indictment in its entirety and pleads not guilty to count 13; The govt. anticipates ten to 15 witnesses and the trial to last two weeks; The court sets an initial status conference for 8/5/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/06/2005) |
| 07/06/2005 | 14 | NOTICE OF ATTORNEY APPEARANCE: Odin P. Anderson appearing for Michelle Evans (Nici, Richard) (Entered: 07/07/2005) |
| 07/07/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered denying 13 Motion for Protective Order as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Mark Lance Jones(5), Edward Cefalo(6), Edu Massillon(7) and Michelle Evans(8). The Affidavit was introduced and marked as an exhibit at the detention hearing and government counsel and the government's witness relied on it extensively during direct examination. This court finds that such action constitutes a waiver. In addition, this court notes that government counsel moved orally to seal the document pursuant to a protective order at the conclusion of the hearing. However, a review of the electronic docket indicates that the Motion for a Protective Order (Docket Entry # 13) was filed at 12:28 p.m. on July 6, 2004, just two hours before the hearing. Had the court been advised of the government's motion at the outset of the hearing it might have been possible to fashion a redacted form of the Affidvait, introducing only those portions of the Affidavit referred to during the hearing. (Bowler, Marianne) (Entered: 07/07/2005) |
| 08/05/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial status conference for Michelle Evans held on 8/5/2005; Michael Pelgro for the govt. and Odin Anderson for the deft.; |

| | | |
|---|---|---|
| | | The govt. addresses the court and states that the govt. is in the process of delivering discovery to counsel for the deft. and the parties agree to set an interim status conference for 9/13/2005 as well as exclude the time from today to 9/13/2005; An interim status conference is set for 9/13/2005 at 2:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; The govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 08/08/2005) |
| 08/05/2005 | 34 | Arrest Warrant Returned Executed on 6/29/05. as to Michelle Evans. (Nici, Richard) (Entered: 08/08/2005) |
| 08/08/2005 | 28 | Assented to MOTION to Exclude *Time Under The Speedy Trial Act* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 08/08/2005) |
| 08/09/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 28 Motion to Exclude as to Glenn Betts(3), Carey Price(4), Edward Cefalo(6), Edu Massillon (7) and Michelle Evans(8). (Bowler, Marianne) (Entered: 08/09/2005) |
| 08/11/2005 | 40 | NOTICE *Of Automatic Discovery Pursuant To Local Rule 116.1* by USA as to Michelle Evans (Attachments: # 1 Supplement Index of Consensual Recordings, Videotapes, and Title III Intercepts)(Pelgro, Michael) (Entered: 08/11/2005) |
| 08/12/2005 | 41 | Petition for Action on Conditions of Pretrial Release filed by U.S. Pretrial Services (Saccoccio, Dianalynn) (Entered: 08/22/2005) |
| 08/12/2005 | 42 | Pretrial Memorandum with attachment (Attachments: # 1)(Saccoccio, Dianalynn) (Entered: 08/22/2005) |
| 08/18/2005 | | Magistrate Judge Judith G. Dein: ORDER entered; Order to issue summons for the deft. to appear before Magistrate Judge Marianne B. Bowler for Michelle Evans regarding 42 Pretrial Memorandum and 41 Petition for Action on Conditions of Pretrial Services. (Saccoccio, Dianalynn) (Entered: 08/22/2005) |
| 08/23/2005 | 47 | Summons Issued as to Michelle Evans (Filo, Jennifer) (Entered: 08/24/2005) |
| 08/29/2005 | 48 | MOTION to Continue to 9/10/05 regarding a potential violation of pretrial release as to Michelle Evans. (Nici, Richard) Modified on 8/30/2005 (Nici, Richard). (Entered: 08/29/2005) |
| 08/30/2005 | 49 | RECEIPT as to Michelle Evans for a Summons (Nici, Richard) (Entered: 08/30/2005) |
| 08/30/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 48 Motion to Continue as to Michelle Evans(8). The hearing is continued until September 13, 2005 at 2:00 p.m. (Bowler, Marianne) (Entered: 08/30/2005) |

| 09/13/2005 | ○ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Interim status conference for Marque Lyttle, Glenn Betts, Carey Price, Edward Cefalo, Edu Massillon and Michelle Evans held on 9/13/2005; Michael Pelgro for the govt.; Jeff, Huang, Michael Andrews, Michael Doolin and Odin Anderson for the defts.; Attorney Andrews informs the court that he is also standing for Page Kelley; Attorney Richard Welsh is not present; The parties address the court as to the status of the case and request that the court set an additional interim status conference within 60 days from today; An interim status conference is set for 11/15/2005 at 2:15 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; The parties agree to exclude the time from today to 11/15/2005 and the govt. will file an assented to motion to exclude the time; The govt. will also notify counsel not present of the date of the next conference and attain his assent to exclude the time.(Digital Recorder #2:00 PM-2:15 PM.) (Saccoccio, Dianalynn) (Entered: 09/16/2005) |
|---|---|---|
| 09/13/2005 | ○ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Hearing for Michelle Evans regarding the petition for action on conditions of pretrial release held on 9/13/2005; Michael Pelgro and David Tobin for the govt., Judy Oxford and September Brown for Pretrial Services and Odin Anderson for the deft.; Counsel for the deft. calls Dr. David Benjamin to testify and offers two exhibits; The govt. begins cross examination of the witness; The court recesses and asks counsel to confer with the clerk to set a date for the continuance of this hearing. (Digital Recorder #3:00 PM-4:00 PM.) (Saccoccio, Dianalynn) (Entered: 09/16/2005) |
| 09/13/2005 | ●63 | EXHIBIT/WITNESS LIST by Michelle Evans (Saccoccio, Dianalynn) (Entered: 10/05/2005) |
| 09/14/2005 | ●57 | Assented to MOTION to Exclude *Time From September 13, 2005 To And Including November 15, 2005 Under The Speedy Trial Act* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 09/14/2005) |
| 09/15/2005 | ○ | Judge Marianne B. Bowler: Electronic ORDER entered granting 28 Motion to Exclude as to John Augustave(1); granting 57 Motion to Exclude as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Carey Price(4), Mark Lance Jones(5), Edward Cefalo(6), Edu Massillon(7) and Michelle Evans(8). (Bowler, Marianne) (Entered: 09/15/2005) |
| 09/16/2005 | ○ | NOTICE OF HEARING for Michelle Evans; Hearing set for 10/12/2005 at 2:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/16/2005) |
| 09/29/2005 | ●61 | PRETRIAL MEMORANDUM (Attachments: # 1)(Saccoccio, Dianalynn) (Entered: 10/04/2005) |
| 09/30/2005 | ●60 | Petition for Action on Conditions of Pretrial Release filed by United States Pretrial Services (Saccoccio, Dianalynn) (Entered: 10/04/2005) |

| 09/30/2005 | ○ | Magistrate Judge Marianne B. Bowler: ORDER entered; ORDER FOR ISSUANCE OF ARREST WARRANT for Michelle Evans (Saccoccio, Dianalynn) (Entered: 10/04/2005) |
|---|---|---|
| 09/30/2005 | 62 | Arrest Warrant Issued by Magistrate Judge Marianne B. Bowler for Michelle Evans. (Saccoccio, Dianalynn) (Entered: 10/04/2005) |
| 10/04/2005 | ○ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial appearance for the revocation of pretrial release for Michelle Evans held on 10/4/2005; David Tobin for the govt., Odin Anderson for the deft. and September Brown and Judy Oxford for Pretrial Services; The govt. moves for detention and counsel for the deft. moves for release pending the hearing set for 10/12/2005; The court orders the deft. detained and informs counsel for the deft. that the court will set a prompt hearing regarding detention upon request from counsel for the deft.; The deft. is remanded to the custody of the U.S. Marshals. (Digital Recording #2:45 PM-3:10 PM.) (Saccoccio, Dianalynn) (Entered: 10/04/2005) |
| 10/05/2005 | ○ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Hearing for Michelle Evans held on 10/5/2005; David Tobin for the govt., Odin Anderson for the deft. and September Brown and Judy Oxford for Pretrial Services; The court addresses the parties and orders that the deft. is released and that the deft. attend outpatient treatment as directed by Pretrial Services; The hearing previously set for 10/12/2005 has been canceled as a result of today's proceedings. (Digital Recording #10:30 AM-10:45 AM.) (Saccoccio, Dianalynn) (Entered: 10/05/2005) |
| 10/05/2005 | 64 | Magistrate Judge Marianne B. Bowler: ORDER entered; ORDER Amending Conditions of Release for Michelle Evans (8) (Saccoccio, Dianalynn) (Entered: 10/06/2005) |
| 10/17/2005 | 65 | Arrest Warrant Returned Executed on 10/5/05. as to Michelle Evans. (Nici, Richard) (Entered: 10/17/2005) |
| 11/15/2005 | ○ | ElectronicClerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Marque Lyttle, Glenn Betts, Carey Price, Edward Cefalo, Edu Massillon, Michelle Evans held on 11/15/2005; AUSAs Pelgro and Tobin; Attorneys Pearlstein, Anderson, Kelley (also standing in for Attys Welsh, Andrews, and Doolin) report current case status and seek further conference for 1/4/06 @ 10:00am. AUSA Pelgro will file motion on excludable time. (Court Reporter DR.) (Quinn, Thomas) (Entered: 11/15/2005) |
| 11/23/2005 | 73 | Assented to MOTION to Exclude *Time From November 16, 2005 To And Including January 4, 2006 Under The Speedy Trial Act* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 11/23/2005) |

| 11/25/2005 | 🔾 | Judge Marianne B. Bowler: Electronic ORDER entered granting 73 Motion to Exclude as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Carey Price(4), Mark Lance Jones(5), Edward Cefalo(6), Edu Massillon(7) and Michelle Evans(8). (Bowler, Marianne) (Entered: 11/25/2005) |
|---|---|---|
| 01/04/2006 | 🔾 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to Marque Lyttle, Glenn Betts, Edward Cefalo, Edu Massillon and Michelle Evans held on 1/4/2006. AUSAs Pelgro and Tobin for the Govt., Attorneys Huang, Kelley, Andrews, Doolin and Anderson appear on behalf of the Defts. Attorney Welsh, representing Deft. Price (deceased) is excused from the proceedings. A further status conference is set for 2/6/2006 at 10:00 AM. The Govt. will file a motion to exclude the time from this date until 2/6/2006 forthwith. (Duffy, Marc) (Entered: 01/04/2006) |
| 01/19/2006 | 🔾 82 | Assented to MOTION to Exclude *Time From January 5, 2006 To And Including February 6, 2006 Under The Speedy Trial Act* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 01/19/2006) |
| 01/20/2006 | 🔾 | Judge Marianne B. Bowler: Electronic ORDER entered granting 82 Motion to Exclude as to John Augustave (1); Marque Lyttle (2); Glenn Betts (3); Carey Price (4); Mark Lance Jones (5); Edward Cefalo (6); Edu Massillon (7) and Michelle Evans(8). (Bowler, Marianne) (Entered: 01/20/2006) |
| 02/06/2006 | 🔾 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to John Augustave, Marque Lyttle, Glenn Betts, Edward Cefalo, Edu Massillon and Michelle Evans held on 2/6/2006. A further Status Conference is set for 3/20/2006 at 3:15 PM. The Govt. will file an assented to motion to exclude the time from this day until 3/20/2006. (Duffy, Marc) (Entered: 02/06/2006) |
| 02/09/2006 | 🔾 88 | Assented to MOTION to Exclude *Time From February 7, 2006 To And Including March 20, 2006 Under The Speedy Trial Act* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 02/09/2006) |
| 02/10/2006 | 🔾 90 | Judge Marianne B. Bowler: Electronic ORDER entered granting 88 Motion to Exclude as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Carey Price(4), Mark Lance Jones(5), Edward Cefalo(6), Edu Massillon(7) and Michelle Evans(8). (Bowler, Marianne) (Entered: 02/10/2006) |
| 03/10/2006 | 🔾 | Notice issued to Attorney Doolin regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Duffy, Marc) (Entered: 03/10/2006) |

| | | |
|---|---|---|
| 03/10/2006 | ○ | Notice issued to Attorney Harper regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Duffy, Marc) (Entered: 03/10/2006) |
| 03/20/2006 | ○ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to John Augustave, Marque Lyttle, Glenn Betts, Mark Lance Jones, Edward Cefalo, Edu Massillon and Michelle Evans held on 3/20/2006. A Further Status Conference is set for 5/23/2006 at 2:30 PM. AUSA Pelgro will file an assented to motion to exclude the time from this day until 5/23/2006. (Duffy, Marc) (Entered: 03/20/2006) |
| 03/22/2006 | 100 | Assented to MOTION to Exclude *Time From March 21, 2006 To And Including May 23, 2006 Under The Speedy Trial Act* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 03/22/2006) |
| 03/23/2006 | ○ | Judge Marianne B. Bowler: Electronic ORDER entered granting 100 Motion to Exclude as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Carey Price (4), Mark Lance Jones(5), Edward Cefalo(6), Edu Massillon(7) and Michelle Evans(8). (Bowler, Marianne) (Entered: 03/23/2006) |
| 04/10/2006 | 102 | First MOTION to Amend *Conditions of Pretrial Release* as to Michelle Evans. (Anderson, Odin) Additional attachment(s) added on 4/12/2006 (Nici, Richard). (Entered: 04/10/2006) |
| 04/11/2006 | ○ | Judge Marianne B. Bowler: Electronic ORDER entered granting 102 Motion to Amend as to Michelle Evans (8) to the extent that that the defendant may travel outside New England to take the two trips outlined in the motion. If the defendant wishes to take additional trips outside of New England she must continue to seek leave of court. (Bowler, Marianne) (Entered: 04/11/2006) |
| 04/12/2006 | ○ | Notice of correction to docket made by Court staff. Correction: docket entry #102 corrected because: the document wasn't signed as to Michelle Evans (Nici, Richard). (Entered: 04/12/2006) |
| 05/23/2006 | ○ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to John Augustave, Marque Lyttle, Glenn Betts, Mark Lance Jones, Edward Cefalo, Edu Massillon and Michelle Evans held on 5/23/2006. Further Status Conference is set for 7/17/2006 at 2:30 PM. The Govt. will file an assented to motion to exclude the time from this day until 7/17/2006. (Duffy, Marc) (Entered: 05/23/2006) |
| 06/01/2006 | 106 | Assented to MOTION to Exclude *Time From May 23, 2006 To And Including July 17, 2006 Under The Speedy Trial Act* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 06/01/2006) |

| | | |
|---|---|---|
| 06/02/2006 | ⊙ | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>106</u> Motion to Exclude as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Mark Lance Jones(5), Edward Cefalo(6), Edu Massillon (7) and Michelle Evans(8). (Bowler, Marianne) (Entered: 06/02/2006) |
| 07/17/2006 | ⊙ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Status Conference as to John Augustave, Marque Lyttle, Glenn Betts, Mark Lance Jones, Edward Cefalo, Edu Massillon and Michelle Evans held on 7/17/2006. The cases of Defts. Lyttle, Cefalo, Massillon and Evans to be returned to Judge Woodlock, report to issue. Further Status Conference as to Defts. Augustave, Betts and Jones set for 9/6/2006 at 2:30 PM. The Govt. will file an assented to motion to exclude the time from this day until 9/6/2006 as to Defts. Augustave, Betts and Jones. (Duffy, Marc) (Entered: 07/17/2006) |
| 07/17/2006 | ⊙ 110 | Judge Marianne B. Bowler: Final Status Report as to Marque Lyttle, Edward Cefalo, Edu Massillon and Michelle Evans. (Duffy, Marc) (Entered: 07/18/2006) |
| 07/24/2006 | ⊙ 111 | Assented to MOTION to Exclude *Time From July 17, 2006 To And Including September 6, 2006 Under The Speedy Trial Act* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 07/24/2006) |
| 07/26/2006 | ⊙ | Judge Marianne B. Bowler: Electronic ORDER entered granting <u>111</u> Motion to Exclude as to John Augustave (1), Marque Lyttle (2), Glenn Betts (3), Carey Price (4), Mark Lance Jones (5), Edward Cefalo (6), Edu Massillon (7) and Michelle Evans (8). (Bowler, Marianne) (Entered: 07/26/2006) |
| 07/27/2006 | ⊙ 112 | NOTICE OF HEARING as to Marque Lyttle, Edward Cefalo, Edu Massillon, Michelle Evans: Change of Plea Hearing set for 8/10/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 07/27/2006) |
| 08/02/2006 | ⊙ 113 | NOTICE *of Filing Sealed Document* by Michelle Evans (Anderson, Odin) (Entered: 08/02/2006) |
| 08/07/2006 | ⊙ 115 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re Preparation of Pre-Plea Presentence Report as to Michelle Evans. Change of plea hearing previously set for 8/10/06 is canceled as to Michelle Evans. (Rynne, Michelle) (Entered: 08/07/2006) |
| 08/08/2006 | ⊙ 117 | PETITION for Action on Conditions of Pretrial Release as to Michelle Evans. (Duffy, Marc) (Entered: 08/08/2006) |
| 08/08/2006 | ⊙ | Judge Marianne B. Bowler: Endorsed ORDER entered granting <u>117</u> Petition for Action on Conditions of Pretrial Release as to Michelle Evans(8), warrant to issue. (Duffy, Marc) (Entered: 08/08/2006) |

| 08/08/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Preliminary Bail Revocation Hearing as to Michelle Evans held on 8/8/2006. AUSA Pelgro for the Govt. and Attorney Anderson for the Deft. Judith Oxford for Pretrial Services. The Govt. moves for detention. Detention Hearing set for 8/14/2006 at 2:30 PM. The Deft. is remanded to the custody of the U.S. Marshal. (Duffy, Marc) (Entered: 08/08/2006) |
|---|---|---|
| 08/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Michelle Evans held on 8/14/2006;AUSA Tobin; PO Oxford and Attorney Anderson for the dft.; Dft. admits violation; USMJ Bowler hears arguments from the Govt. and Dft. and will release dft. to inpatient drug treatment at Emerson House when a bed becomes available. Dft. is remanded to custody to Marshal until a bed is available. (Court Reporter DR.) (Quinn, Thomas) (Entered: 08/14/2006) |
| 08/23/2006 | 20 | Arrest Warrant Returned Executed on 8/8/06 as to Michelle Evans. (Nici, Richard) (Entered: 08/24/2006) |
| 08/28/2006 | 21 | First MOTION to Continue *Plea* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby Edu Massillon. (Doolin, Michael) (Entered: 08/28/2006) |
| 08/28/2006 | | ELECTRONIC NOTICE OF HEARING as to Michelle Evans. Plea and Sentence set for 11/21/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 08/28/2006) |
| 08/30/2006 | | Notice of correction to docket made by Court staff. Correction: Docket entries 121, 122 & 124 corrected because: entries 121 & 122 were not signed correctly according to CM/ECF rules. Entry 124 contained an affidavit which should be filed as a seperate document. The affidavit should not be scanned with the motion. (Nici, Richard) (Entered: 08/30/2006) |
| 10/04/2006 | 129 | MOTION to Amend *condition of pre-trial release* as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby Edu Massillon. (Doolin, Michael) (Entered: 10/04/2006) |
| 10/30/2006 | | ELECTRONIC NOTICE OF HEARING as to Michelle Evans. Bail Hearing set for 11/1/2006 at 10:15 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Duffy, Marc) (Entered: 10/30/2006) |
| 11/01/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Bail Hearing as to Michelle Evans held on 11/1/2006. AUSA Tobin for the Govt. and Attorney Anderson for the Deft. Judith Oxford for Pretrial Services. Conditions of Pretrial Release AMENDED as stated on the record in open court. (Duffy, Marc) (Entered: 11/01/2006) |

| | | |
|---|---|---|
| 11/07/2006 | 134 | Assented to MOTION for Excludable Delay from September 6, 2006 to November 8, 2006 as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 11/07/2006) |
| 11/08/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 134 Motion to Exclude as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Carey Price (4), Mark Lance Jones(5), Edward Cefalo(6) and Michelle Evans(8). (Bowler, Marianne) (Entered: 11/08/2006) |
| 11/08/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered terminating 129 Motion to Amend as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Carey Price (4), Edward Cefalo (6) and Michelle Evans(8). (Bowler, Marianne) (Entered: 11/08/2006) |
| 11/09/2006 | 135 | Assented to MOTION for Excludable Delay from November 8, 2006 to January 9, 2007 as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby USA. (Pelgro, Michael) (Entered: 11/09/2006) |
| 11/09/2006 | 136 | NOTICE OF ATTORNEY APPEARANCE David G. Tobin appearing for USA. (Tobin, David) (Entered: 11/09/2006) |
| 11/12/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 135 Motion to Exclude as to John Augustave(1), Marque Lyttle(2), Glenn Betts(3), Carey Price(4), Mark Lance Jones(5), Edward Cefalo(6), Edu Massillon(7) and Michelle Evans(8). (Bowler, Marianne) (Entered: 11/12/2006) |
| 11/14/2006 | 138 | MOTION to Seal as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby Michelle Evans. (Nici, Richard)FILED UNDER SEAL (Entered: 11/15/2006) |
| 11/15/2006 | 137 | NOTICE *OF FILING SEALED DOCUMENTS* by Michelle Evans (Anderson, Odin) (Entered: 11/15/2006) |
| 11/16/2006 | 140 | NOTICE by John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evans (Anderson, Odin) (Entered: 11/16/2006) |
| 11/20/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered terminating [138] Motion to Seal as to Edward Cefalo (6), Edu Massillon (7); granting [139] Motion to Continue as to Edward Cefalo (6); granting [138] Motion to Seal as to Michelle Evans (8) Change of Plea Hearing reset for 2/13/2007 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock as to EDWARD CEFALO, EDU MASSILLON, AND MICHELLE EVANS. (Rynne, Michelle) (Entered: 11/20/2006) |
| 11/22/2006 | | ELECTRONIC NOTICE OF HEARING as to Edward Cefalo, Edu Massillon, Michelle Evans: Plea and Sentence set for 2/13/2007 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) |

| | | |
|---|---|---|
| | | (Entered: 11/22/2006) |
| 11/24/2006 | 142 | NOTICE OF ATTORNEY APPEARANCE David G. Tobin appearing for USA. (Tobin, David) (Entered: 11/24/2006) |
| 11/27/2006 | 144 | MOTION to Continue as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evansby Edu Massillon. (Doolin, Michael) (Entered: 11/27/2006) |
| 12/06/2006 | | Motions terminated as to John Augustave, Marque Lyttle, Glenn Betts, Carey Price, Mark Lance Jones, Edward Cefalo, Edu Massillon, Michelle Evans: 121 MOTION to Continue, 144 MOTION to Continue, [138] MOTION to Seal, 117 MOTION to Modify Conditions of Release filed by Michelle Evans. (Rynne, Michelle) (Entered: 12/06/2006) |
| 02/09/2007 | | E-Mail Notice re 166 originally issued on 2/9/07 returned as undeliverable. Name of Addressee: Jeffrey Huang. The ECF Help Desk has contacted the law firm on record, who advised that the attorney is no longer employed by that firm. The attorney?s email address has been removed from the database to prevent the return of additional undeliverable email notices. (Jones, Sherry) (Entered: 02/09/2007) |
| 02/12/2007 | 167 | SENTENCING MEMORANDUM by Michelle Evans (Nici, Richard)FILED UNDER SEAL (Entered: 02/12/2007) |
| 02/12/2007 | 168 | MOTION to Seal Document as to Michelle Evans. FILED UNDER SEAL(Nici, Richard) (Entered: 02/12/2007) |
| 02/12/2007 | 169 | Sealed Document (Nici, Richard) (Entered: 02/12/2007) |
| 02/13/2007 | 170 | NOTICE *Electronically Filing Sealed Document* by Michelle Evans (Anderson, Odin) (Entered: 02/13/2007) |
| 02/13/2007 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion to continue plea and sentencing as to Edward Cefalo - Allowed. Plea and sentence reset to 4/19/07 at 2:30 p.m. Briefs regarding career criminal provisions due by 4/16/07. Mr. Cefalo continued on previous conditions. Plea and Sentence Hearing held on 2/13/2007 Edu Massillon (7) Plea of guilty and sentencing on Count 13,14 and Michelle Evans (8) Plea of guilty and sentencing on Count 13. Plea agreement as to Edu Massillon filed. Plea Agreement as to Michelle Evans filed. Defendant sentenced: Edu Massillon (7), Count(s) 13, 14, Defendant sentenced to 24 months incarceration followed by 3 years supervised release with standard conditions. Special assessment of $200.00; Michelle Evans (8), Count(s) 13, Defendant sentenced to time served. Supervised release of 4 years with standard and special conditions. Special assessment of $100.00. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 02/13/2007) |
| 02/13/2007 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting [166] Motion to Continue as to Edward Cefalo(6). Time excluded from 2/13/07 to 4/19/07; granting [174] Motion to Seal Document as to Edward Cefalo |

| | | |
|---|---|---|
| | | (6); granting [172] Motion to Seal Document as to Edu Massillon (7); granting [168] Motion to Seal Document as to Michelle Evans (8). (Rynne, Michelle) (Entered: 02/13/2007) |
| 02/13/2007 | 177 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Michelle Evans (8), Count(s) 13, Defendant sentenced to time served. Supervised release of 4 years with standard and special conditions. Special assessment of $100.00 (Nici, Richard) (Entered: 02/14/2007) |
| 02/13/2007 | 179 | PLEA AGREEMENT as to Michelle Evans (Nici, Richard) (Entered: 02/16/2007) |
| 03/09/2007 | 190 | NOTICE OF APPEAL by USA as to Michelle Evans NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2007. (Pelgro, Michael) (Entered: 03/09/2007) |