*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

U, SDC Docket Number : 05-cr-10127

United States of America

v.

Michelle Evans

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-4, 7-9, 13, 14, 28, 34, 40-42, 47-49, 57, 60-65, 73, 82, 88, 100, 102, 106, 110-113, 115, 117, 120, 121, 129, 134-137, 140, 142, 144, 170, 177, 179, 190

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/9/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 2, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/4/7 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1529

- 3/06