MANDATE

J. Woodlock
CR: 05-10127

# United States Court of Appeals
## For the First Circuit

No. 07-1529

UNITED STATES,

Appellee,

v.

MICHELLE EVANS, a/k/a Michelle Kalousdian,

Defendant - Appellant.

---

**JUDGMENT**

Entered: May 1, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By: __MARGARET CARTER__
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
*/s/ Linda Barry*
Deputy Clerk
Date: MAY 01 2007

[cc: Ms. Chaitowitz, Messrs: Tobin, Pelgro, Anderson, Harper and Ms. Evans]