UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN AUGUSTAVE | Criminal Action<br>No. 05-CR-10127-DPW |

**MOTION FOR LEAVE FOR AN EXTENSION OF TIME TO AMEND
DEFENDANT'S MOTION FOR SENTENCE REDUCTION**

The Defendant, John Augustave, and his Counsel respectfully request this court leave to extend the time to file an amendment to the defendant's Pro Se Motion for Sentence Reduction. The amendment is currently due on August 1, 2008. The purpose is to expand upon preliminary investigation and research which has revealed the following:

1. Mr. Augustave was sentenced to 120 months in prison. It appears this sentence is the mandatory minimum sentence; he was charged with conspiracy to distribute cocaine base, distribution of cocaine base, and aiding and abetting. 21 U.S.C. § 846, §841(a)(1); 18 U.S.C. § 2.

2. Thus, contrary to the assertions set forth in Mr. Augustave's Pro Se Motion for a Sentence Reduction, it appears unlikely the law will in fact allow for a reduced sentence in this case.

3. Further time is needed to discuss this preliminary determination with our client and to effectuate a final determination. With respect to communicating with Mr. Augustave, the undersigned was not his counsel at the time of the plea. We have

        not yet been able to communicate with Mr. Augustave as he is incarcerated in Loretto, Pennsylvania. We are currently awaiting his reply to our initial contact via First Class Mail.

4.      With respect to effectuating a final determination as to whether a motion can be filed, the undersigned represents that the "crack reduction" statute is relatively new. The undersigned has not been called upon to address it in the past. More time is needed to complete research and finalize views, after client input.

5.      Undersigned counsel is currently preparing for a trial in Suffolk Superior Court, in Commonwealth v. Davis, Docket Number 2005-10725, beginning on August 7, 2008. This is a first degree murder case with a firm date, and needs virtually full-time attention at this juncture.

6.      No prejudice to the client can be caused by any delay because even if a reduction could somehow be requested, he would still have many years to serve on the new sentence.

Therefore, Counsel respectfully asks this court to grant an extension for time until October 31, 2008.

RESPECTFULLY SUBMITTED
JOHN AUGUSTAVE,

By His Attorney:

     /s/ Robert S. Sinsheimer_____
Robert S. Sinsheimer, BBO No. 464940
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800

Dated: July 29, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 29, 2008.

      /s/ Robert S. Sinsheimer